**Order entered June 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01210-CR
No. 05-18-01211-CR
No. 05-18-01212-CR
No. 05-18-01213-CR

**JUAN VELASQUEZ BENITEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53117-U, F11-62850-U, F12-52399-U & F12-5564-U**

## ORDER

We **REINSTATE** the appeals.

By order entered May 28, 2019, the Court abated these appeals to enable the trial court to conduct a hearing to determine why appellant's brief had not been filed. On June 10, 2019, appellant requested an extension of time to file his brief and tendered his brief for filing. We **VACATE** our May 28, 2019 order.

We **GRANT** appellant's motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE